JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MUNSON, | CASE NO. CV07-02867VBF(CTx) |
| Plaintiff(s), | **ORDER DISMISSING ACTION WITHOUT PREJUDICE [FRCP 41(a)(1)]** |
| vs. | Hon. Valerie Baker Fairbank |
| TARGET CORPORATION and PACIFIC CYCLE, INC., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that there having been a Stipulation Re Dismissal of Action signed and filed on behalf of the parties to this action through their designated counsel, the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

SO ORDERED:

DATED: 4-29-08

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT COURT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE